IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SOSA LOWENSOHN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. |
| | : | |
| SIMM ASSOCIATES, INC., | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**NOTICE OF REMOVAL**

Defendant SIMM ASSOCIATES, INC. ("Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1. Simm Associates, Inc. is a defendant in an action pending in the Supreme Court of the State of New York, County of Kings, Index No. 501749/2022, entitled *Sosa Lowensohn v. Simm Associates, Inc.* ("the State Court Action").

2. A true and correct copy of the Summons and Complaint in the State Court Action is attached hereto as Exhibit "A".

3. Plaintiff in the State Court Action is SOSA LOWENSOHN ("Plaintiff"). See Exhibit "A".

4. Defendant was served with the Summons and Complaint in the State Court Action on January 26, 2022.

5. Plaintiff's Complaint in the State Court Action alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* See Exhibit "A".

2

6. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8. Since this case arises out of alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, Defendant may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

9. This Notice has been filed with the Court within thirty (30) days after purported service of the Summons and Complaint and Plaintiff's Complaint on Defendant.

WHEREFORE, Defendant SIMM ASSOCIATES, INC. prays that the State Court Action be removed from the State of New York, County of Kings, Index No. 501749/2022, to this Court for proper and just determination.

                                                                      **KAUFMAN DOLOWICH & VOLUCK, LLP**

By:    /s/ Richard J. Perr
        RICHARD J. PERR, ESQUIRE
        MONICA M. LITTMAN, ESQUIRE
        Four Penn Center
        1600 John F. Kennedy Blvd., Suite 1030
        Philadelphia, PA 19103
        Telephone: (215) 501-7002
        Facsimile: (215) 405-2973
        rperr@kdvlaw.com; mlittman@kdvlaw.com
        Attorneys for Defendant Simm Associates, Inc.

Dated: February 24, 2022

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that a true and correct copy of the foregoing Notice of Removal was delivered via electronic filing on all counsel of record, via Federal Express, and/or email upon the following:

Tamir Saland, Esquire<br>
Stein Saks, PLLC<br>
One University Plaza, Suite 620<br>
Hackensack, NJ 07601<br>
tsaland@steinsakslegal.com<br>
<br>
Attorney for Plaintiff

                                                 /s/ Richard J. Perr
                                            RICHARD J. PERR, ESQUIRE

Dated: February 24, 2022
4880-1733-9659, v. 1